IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | No. C06-4038-MWB |
| vs. | ) ) | JUDGMENT |
| ANGELA C. EIVINS, | ) ) | IN A CIVIL CASE |
| Defendant. | ) ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

    Judgment is entered in accordance with the attached Order For Entry of Judgment and Permanent Injunction.

Dated: 8-24-06

PRIDGEN J. WATKINS
Clerk

(By) Deputy Clerk

**APPROVED BY:**

_MWB_
**MARK W. BENNETT**
**Chief Judge**

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des  8/24/06

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> ANGELA C. EIVINS, <br><br> Defendant. | No. C 06-4038-MWB <br><br><br> **ORDER FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

This matter comes before the court pursuant to the parties' August 10, 2006, Stipulated Request For Entry Of Judgment And Permanent Injunction (docket no. 9). The Stipulation follows a Complaint filed by the Plaintiffs on April 21, 2006 (docket no. 1), seeking damages and injunctive relief for copyright infringement by defendant Angela C. Eivins under the copyright laws of the United States, 17 U.S.C. § 101 *et seq*. Defendant Eivins has been properly and validly served with the Summons and Complaint in this action and is subject to the jurisdiction of the Court.

The Court, having considered the Stipulated Request For Entry Of Judgment And Permanent Injunction, **ORDERS AND ADJUDGES**, as follows:

1. Plaintiffs have alleged that Defendant distributed (including by uploading) and/or reproduced (including by downloading) via the Internet or an online media distribution system copyrighted sound recordings owned or controlled by the Plaintiffs, without Plaintiffs' authorization, in violation of 17 U.S.C. § 501. Without admitting or

denying liability, Defendant has not contested plaintiffs' allegations, and has acknowledged that such conduct is wrongful.

2. Defendant shall pay to Plaintiffs in settlement of this action the sum of $9,272.00.

3. Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service of process fee) in the amount of $428.00.

4. Defendant shall be and hereby is **permanently enjoined** from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and in any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by:

    a. using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; or

    b. causing, authorizing, permitting, or facilitating any third party to access the Internet or any online media distribution system through the use of an Internet connection and/or computer equipment owned or controlled by Defendant, to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant and/or any third party that has used the Internet connection and/or computer equipment owned or

controlled by Defendant has downloaded without Plaintiffs' authorization onto any computer hard drive or server owned or controlled by Defendant, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

5. Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction, and understands and agrees that violation of the Judgment and Permanent Injunction will expose Defendant to all penalties provided by law, including for contempt of Court.

6. Defendant irrevocably and fully waives any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

7. Nothing contained in the Judgment and Permanent Injunction shall limit the right of Plaintiffs to recover damages for any and all infringements by Defendant of any right under federal copyright law or state law occurring after the date Defendant executes the Stipulation to Judgment and Permanent Injunction.

8. Defendant shall not make any public statements that are inconsistent with any term of the Stipulation to Judgment and Permanent Injunction.

9. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

**DATED** this 21st day of August, 2006.

*Mark W. Bennett*

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

by: /s/ des  8/21/06

3

```
MIME-Version:1.0
From:ndia.ecf.notification@iand.uscourts.gov
To:ndia.ecf.notification@iand.uscourts.gov
Bcc:iand_ecfin.notification@iand.uscourts.gov,ehoch@finleylaw.com,gsmith@finleylaw.com,
Message-Id:<373535@iand.uscourts.gov>
Subject:Activity in Case 5:06-cv-04038-MWB UMG Recordings Inc. et al v. Eivins -- COPYR
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from des, entered on 8/21/2006 at 11:15 AM CDT and filed on 8/21/2006

**Case Name:** UMG Recordings Inc. et al v. Eivins -- COPYRIGHT
**Case Number:** 5:06-cv-4038
**Filer:**
**WARNING: CASE CLOSED on 08/21/2006**
**Document Number:** 10

**Docket Text:**
ORDER For Entry of Judgment and Permanent Injunction. Defendant shall pay to Plaintiffs in settlement of this action the sum of $9,272.00 and costs of $428.00. Defendant hereby is permanently enjoined from infringing on Plaintiffs rights in any sound recording owned or controlled by Plaintiffs (see text). Signed by Judge Mark W Bennett on 8/21/06. (des, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=8/21/2006] [FileNumber=373533-0]
[33a815bb02b8306f5955babf34f8669bca02f62dc0459b63a113bfeccb36eaeaf4c3
25c8ccfc4d8397b89df591fd6c6d5a07c4260dc824c72e2ca21f6fa27841]]

**5:06-cv-4038 Notice will be electronically mailed to:**

Kevin J Driscoll    kdriscoll@finleylaw.com

Eric Gregory Hoch    ehoch@finleylaw.com, jwarner@finleylaw.com

Kami Lang    klang@finleylaw.com,

Glenn L Smith    gsmith@finleylaw.com,

**5:06-cv-4038 Notice will be delivered by other means to:**

Angela C. Eivins
411 4th Street NE
Clarion, IA 50525